In the Matter of the Claim of JOSEPH GRONER, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.

Argued October 4, 1944; decided November 16, 1944.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Orrin G. Judd* of counsel), for appellant.

*Samuel Kaufman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.